IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BASILLIO KWAMIE NESBY                                                                    PLAINTIFF

vs.                                              Civil No. 11-CV-1023

JAMES BOLTON; SHAWN MORGAN;
MIKE DAVIDSON; and DAVID NORWOOD                                              DEFENDANTS

## ORDER

     Before the Court is the Report and Recommendation filed February 27, 2013, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 32). Judge Bryant recommends that the above-styled case be dismissed without prejudice on the grounds that Plaintiff has failed to comply with the Court's orders and has failed to prosecute this action. *See* Fed. R. Civ. P. 41(b). Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, the Court adopts the Report and Recommendation *in toto*. The Court finds that the above-styled case is **DISMISSED WITHOUT PREJUDICE**.

     **IT IS SO ORDERED**, this 20th day of March, 2013.

                                                          /s/ Susan O. Hickey
                                                          Susan O. Hickey
                                                          United States District Judge